# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DIAZ MORENO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:25-cv-01806-KES-EPG-HC<br><br>ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE<br><br>(ECF No. 3) |

On December 10, 2025, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On December 12, 2025, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 3.) On December 13, 2025, Petitioner filed a motion for temporary restraining order. (ECF No. 6.)

In light of the filing of the motion for temporary restraining order, the Court HEREBY VACATES the December 12, 2025 order to respond and briefing schedule (ECF No. 3).

IT IS SO ORDERED.

Dated: **December 15, 2025**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE