# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DIAZ MORENO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-01806-KES-EPG-HC<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE JOINT STATEMENT REGARDING CASE MANAGEMENT |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 23, 2025, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 13.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 12.)

Accordingly, IT IS HEREBY ORDERED that on or before January 9, 2025, the parties SHALL meet and confer and submit a joint statement regarding mootness, case management, and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:  **December 23, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE