ERIC GRANT
United States Attorney
ZACHARY MALINSKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DIAZ MORENO,<br><br>                            Petitioner,<br><br>            v.<br><br>CHRISTOPHER CHESTNUT, ET AL.,<br><br>                        Respondents. | CASE NO.  1:25-CV-01806-KES-EPG-HC<br><br>STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR HABEAS CORPUS |

Petitioner Angel Diaz Moreno and Respondents, by and through their attorneys of record, hereby stipulate as follows:

1.      On December 10, 2025, Petitioner filed a Petition for Writ of Habeas Corpus ECF 1.

2.      On December 13, 2025, Petitioner filed a Motion for Temporary Restraining Order. ECF 6.

3.      On December 23, 2025, the Court granted Petitioner's request for a Temporary Restraining Order and issued a Preliminary Injunction on the same terms. In granting this relief, the Court ordered Petitioner's immediate release from immigration custody.  ECF 13.  Petitioner was subsequently released from ICE custody.

4.      On December 23, 2025, this Court directed the parties to meet and confer for the purpose of submitting a joint proposed briefing schedule in this case. ECF 14.

///

1

5.      The parties propose the following briefing schedule:

a)      Respondents shall file a response, or Motion to Dismiss, to Petitioner's Habeas Petition by end-of-day on June 5, 2026.

b)      Petitioner shall file a reply, if any, by end-of-day on July 10, 2026

IT IS SO STIPULATED.

Dated:  January 9, 2026                          ERIC GRANT
                                                United States Attorney


                                                /s/ *ZACHARY MALINSKI*
                                                ZACHARY MALINSKI
                                                Assistant United States Attorney


Dated:  January 9, 2026                          /s/ *Sabrina Damast*
                                                Sabrina Damast
                                                Counsel for Petitioner


## ORDER

Pursuant to the parties' stipulation, Respondents shall file a response, or Motion to Dismiss, to Petitioner's Habeas Petition by end-of-day on June 5, 2026.  Petitioner shall file a reply, if any, by end-of-day on July 10, 2026.

IT IS SO ORDERED.

Dated:   **January 10, 2026**             /s/ _____
                                          UNITED STATES MAGISTRATE JUDGE

2